| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>KUGLER, ROBERT B. | 2. Court or Organization<br><br>United States District Court - District of New Jersey | 3. Date of Report<br><br>10/09/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Mitchell Cohen U.S. Courthouse<br>One John F. Gerry Plaza<br>Camden, New Jersey 08101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 10/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-Employed Stenographer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 10/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KUGLER, ROBERT B.** | 10/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Franklin TempletonMutual Qualified Fund | A | Dividend | J | T | | | | | |
| 3. Trust (Income Beneficiary) | C | Dividend | M | T | | | | | |
| 4. Partnership, Coins | | None | J | T | | | | | |
| 5. TD Bank | A | Interest | J | T | | | | | |
| 6. AIG Sun America | A | Interest | J | T | | | | | |
| 7. Trust (Trustee) - #7 - #89 are assets of the Trust | | | | | | | | | |
| 8. -Vanguard Bond Fund | A | Dividend | L | T | | | | | |
| 9. -Vanguard NJ Tax Exempt | A | Dividend | L | T | | | | | |
| 10. -Vanguard Dividend Growth | D | Dividend | L | T | | | | | |
| 11. -Vanguard 500 Index Fund | E | Dividend | M | T | | | | | |
| 12. -Wells Fargo | A | Interest | K | T | | | | | |
| 13. -AGL Resources Inc. | A | Dividend | J | T | Buy | 02/13/13 | | | |
| 14. -Atlantic Power Corp. | A | Dividend | J | T | Buy | 03/25/13 | | | |
| 15. -Atlantic Power Corp. (see 14) | | | | | Sold | 07/09/13 | J | A | |
| 16. -Actavis Inc. (formerly Watson, see Note) | A | Dividend | J | T | Sold | 07/22/13 | J | B | |
| 17. -American National Insurance Co. | A | Dividend | J | T | Sold | 08/23/13 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Atmos Energy Corp. | B | Dividend | J | T | | | | | |
| 19.  -Bassett Furniture Inds.Inc. | A | Dividend | J | T | Buy | 10/24/13 | | | |
| 20.  -Boardwalk Pipeline Partners | A | Dividend | J | T | Sold | 11/11/13 | J | A | |
| 21.  -Calamos Asset Mgmnt. Inc. | A | Dividend | J | T | | | | | |
| 22.  -Cambrex Corp. | A | Dividend | J | T | Buy | 02/11/13 | | | |
| 23.  -Centerpoint Energy Inc. | B | Dividend | J | T | | | | | |
| 24.  -Charles River Labs Inc. | A | Dividend | J | T | Sold | 08/23/13 | J | A | |
| 25.  -Codorus Valley Bancorp | A | Dividend | J | T | Buy | 04/08/13 | | | |
| 26.  -Columbus McKinnon Corp | A | Dividend | J | T | Sold | 04/08/13 | J | A | |
| 27.  -Companhia De Bebidas | A | Dividend | J | T | Buy | 05/02/13 | | | |
| 28.  -Core Molding Tech Inc. | A | Dividend | J | T | Buy | 05/08/13 | | | |
| 29.  -Corelogic | A | Dividend | J | T | Buy | 03/22/13 | | | |
| 30.  -Delta Natural Gas Co. Inc. | A | Dividend | J | T | Buy | 02/19/13 | | | |
| 31.  - DuPont Fabros Technology Inc. | A | Dividend | J | T | Buy | 09/03/13 | | | |
| 32.  -Eastern Virginia Bank Inc. | A | Dividend | J | T | Buy | 07/10/13 | | | |
| 33.  -EV Energy Partners | A | Dividend | J | T | Buy | 03/14/13 | | | |
| 34.  -EV Energy Partners (see 33) | | | | | Sold | 07/01/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 10/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -F & M Bank Corp. | A | Dividend | J | T | Buy | 11/01/13 | | | |
| 36.  -First Banc Shares Inc | B | Dividend | J | T | | | | | |
| 37.  -First Energy Corp. | A | Dividend | J | T | Sold | 07/01/13 | J | A | |
| 38.  -First United Corp. Maryland | A | Dividend | J | T | Buy | 06/11/13 | | | |
| 39.  -Greenbriar Companies | A | Dividend | J | T | Buy | 01/14/13 | | | |
| 40.  -Greenbriar Companies (see 39) | | | | | Sold | 04/23/13 | J | A | |
| 41.  -Horace Mann Educators Corp. | A | Dividend | J | T | Buy | 03/13/13 | | | |
| 42.  -Horace Mann Educators Corp. (see 41) | | | | | Sold | 08/12/13 | J | A | |
| 43.  -Ingredion Inc. | A | Dividend | J | T | Buy | 06/05/13 | | | |
| 44.  -Iowa First Bancshares Corp. | A | Dividend | J | T | | | | | |
| 45.  -Kellogg Co. | A | Dividend | J | T | | | | | |
| 46.  -Laclede Group Inc. | B | Dividend | J | T | | | | | |
| 47.  -Liberty Property Trust | A | Dividend | J | T | Buy | 07/11/13 | | | |
| 48.  -Logansport Financial Corp. | A | Dividend | J | T | Buy | 06/05/13 | | | |
| 49.  -LMI Aerospace Inc. | A | Dividend | J | T | Sold | 08/14/13 | J | A | |
| 50.  -Manning & Napier Inc. | A | Dividend | J | T | Buy | 07/11/13 | | | |
| 51.  - Mantech Intl Corp. | A | Dividend | J | T | Buy | 01/29/13 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 10/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -MDJ Resources Group Inc. | B | Dividend | J | T | | | | | |
| 53. -Meta Financial Group Inc. | A | Dividend | J | T | Buy | 02/08/13 | | | |
| 54. -Mid Penn Bancorp Inc. | A | Dividend | J | T | Buy | 10/29/13 | | | |
| 55. -Monarch Financial Holding | B | Dividend | J | T | | | | | |
| 56. -N J Res Corp. | B | Dividend | J | T | | | | | |
| 57. -Northeast Bancorp | A | Dividend | J | T | | | | | |
| 58. -Northway Financial Inc. | A | Dividend | J | T | Buy | 09/26/13 | | | |
| 59. -Northwest Natural Gas Co. | A | Dividend | J | T | Buy | 07/05/13 | | | |
| 60. -Nustar Group Holdings | A | Dividend | J | T | Buy | 07/31/13 | | | |
| 61. -Oneida Financial Corp. | A | Dividend | J | T | Sold | 08/13/13 | J | A | |
| 62. -PDI Inc. | A | Dividend | J | T | Buy | 05/14/13 | | | |
| 63. -PDI Inc. (see 62) | | | | | Sold | 08/14/13 | J | A | |
| 64. -Pembina Pipeline Corp. | A | Dividend | J | T | Buy | 07/09/13 | | | |
| 65. -Pennseco Financial Services | A | Dividend | J | T | Merged (with line 66) | | | | |
| 66. -People's Financial Services Corp. | B | Dividend | K | T | Sold | 12/06/13 | J | A | |
| 67. -PICO Holdings | A | Dividend | J | T | Buy | 05/02/13 | | | |
| 68. -PICO Holdings (see 67) | A | | | | Sold | 08/16/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PICO Holdings | A | Dividend | J | T | Buy | 12/24/13 | | | |
| 70. -Photo Medex Inc. | A | Dividend | J | T | Buy | 05/14/13 | | | |
| 71. -Photo Medex Inc. (see70) | | | | | Sold | 05/14/13 | J | A | |
| 72. -Pinnacle Bancshares, Inc. | A | Dividend | J | T | Buy | 06/13/13 | | | |
| 73. -Royal Dutch (Shell) | B | Dividend | K | T | | | | | |
| 74. -Ryder Systems Inc. | A | Dividend | J | T | Sold | 04/08/13 | J | A | |
| 75. -Sanderson Farms Inc. | B | Dividend | J | T | | | | | |
| 76. -Shiloh Industries | B | Dividend | J | T | Buy | 09/23/13 | | | |
| 77. -Spectra Energy | B | Dividend | J | T | | | | | |
| 78. -Stewart Info Services Corp. | A | Dividend | J | T | Buy | 03/15/13 | | | |
| 79. -Stewart Info Services Corp. (see 78) | | | | | Sold | 07/01/13 | J | A | |
| 80. -STR Holdings Inc. | A | Dividend | J | T | Sold | 01/29/13 | J | A | |
| 81. -Strattec Sec. Corp. | B | Dividend | J | T | | | | | |
| 82. -Summit State Bank (CA) | A | Dividend | J | T | Buy | 03/28/13 | | | |
| 83. -Unitil Corp. | B | Dividend | J | T | | | | | |
| 84. -Universal Health Realty | A | Dividend | J | T | Buy | 11/20/13 | | | |
| 85. -Watson Pharma Inc. (see note) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 10/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Winthrop Realty Trust | A | Dividend | J | T | Buy | 10/01/13 | | | |
| 87. -Voxx International Corp. | A | Dividend | J | T | Buy | 01/17/13 | | | |
| 88. -Voxx International Corp. (see 87) | | | | | Sold | 07/01/13 | J | A | |
| 89. -Mortgage NJ Property | A | Interest | N | T | | | | | |
| 90. Real Estate - (Collier County FL) Parcel 1 (see note) | | None | N | T | | | | | |
| 91. Real Estate - (Collier County FL) Parcel 2 | | None | N | S | | | | | |
| 92. Real Estate - (Atlantic County, NJ) Parcel 1 | | None | O | S | | | | | |
| 93. Real Estate - Atlantic County, NJ) Parcel 2 | | None | N | S | | | | | |
| 94. Real Estate - (Camden County, NJ) Parcel 1 | | None | O | S | | | | | |
| 95. Real Estate - (Camden County, NJ) Parcel 2 | | None | M | S | | | | | |
| 96. Real Estate - (Camden County, NJ) Parcel 3 | D | Rent | O | S | | | | | |
| 97. T Rowe Price Alaska 529 (no control) | C | Dividend | M | T | | | | | |
| 98. ING Direct | A | Interest | L | T | | | | | |
| 99. TD Bank | A | Interest | K | T | | | | | |
| 100. Pioneer Stock Fund | A | Dividend | J | T | | | | | |
| 101. Met Life (whole life) | A | Dividend | J | T | | | | | |
| 102. U.S. Savings Bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 10/09/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PBA Natural Gas Storage RPSTG LP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to Part VII, Paragraph 4, the partnership is with a close ▇▇▇ and is invested in gold coins.

As to Part VII, Paragraph 90, the real estate was sold 1/30/14.

As to Part VII, Paragraphs 16 and 85, Watson changed its name on 1/24/13, to Activis.

As to Part VII, Paragrahs 65 and 66, Pennseco Financial merged into People's Financial on 11/30/13.

As to Part VII, Paragraphs 92 and 102, are owned ▇▇▇▇▇▇▇▇

As to Part VII, Paragraphs 90 and 96, the assessments reflect a tax equalization rate (average ratio of assessed to true value) near 100%.

As to Part VII, Paragraph 3, I am an income beneficiary in a Trust established by a deceased ▇▇▇ and have a contingent interest in the corpus. I have no power to direct, buy, sell, or otherwise dispose of any assets. As of 12/13/13, the Trust was invested in the following funds and securities: Aberdeen Global High Income Fund; Nuveen Limited Term Municipal Bond Fund; Vanguard Intermediate Tax Exempt Fund; Fidelity Advisors Emerging Markets Income Fund; Pimco Foreign Bond Fund; Wells Fargo Advantage International Bond Fund; Coach, Inc., Comcast Corp; Johnson Controls, Inc.; Target Corp.; TJX Cos, Inc; Walt Disney Co.; Monster Beverage Corp.; Exxon Mobil Corp.; National Oilwell Varco Inc.; Affiliated Managers Group,Inc.; Berkshire Hathaway, Inc.; Capital One Financial Corp.; CME Group, Inc.; Goldman Sachs Group, Inc.; J.P. Morgan Chase & Co.; U.S. Bancorp; Baxter International, Inc.; Gilead Sciences, Inc.; United Healthcare Group, Inc.; General Electric Co.; Union Pacific Corp.; Apple, Inc.; Cisco Systems, Inc.; EMC Corp.; IBM Corp.; Microsoft Corp.; Oracle Corp.; Celanese Corp.; Verizon Communications; Public Service Enterprise Group, Inc.; BHT Billiton Ltd.; Diageo PLC; Eaton Corp.; Schlumberger Ltd.; IShares Russell 2000 ETF; Munder Midcap Growth Fund; Touchstone Midcap Fund; Harbor International Fund; Lazard Emerging Markets Portfolio; AQR Managed Futures Strategy Fund; ASG Global Alternatives Fund; Driehans Active Income Fund; Eaton Vance Global Macro Absolute Return Fund; Merger F D International Fund; Credit Suisse Commodity Return Strategy Institutional International Real Estate Portfolio.

As to Part VII, Paragraph 89, this is a purchase money mortgage given to the Trust by a close ▇▇▇ which secures a loan made by the Trust.

As to Part VII, Paragraphs 7 - 89, I have no income interest in the assets and have a contingent interest in the corpus of the Trust. As Trustee, I have the power to buy, sell or otherwise invest or dispose of the assets of the Trust.

This 2013 Financial Disclosure was updated to correct typographical errors.

As to Part VII, Paragraphs 90 through 96, the assessments are as follows: Collier County Parcel 1, - $457,000; Collier County Parcel 2, - $236,000; Atlantic County, NJ Parcel 1, - $848,000; Atlantic County, NJ Parcel 2 - $305,000; Camden County, NJ Parcel 1, - $858,000; Camden County, NJ Parcel 2, - 193,000; Camden County, NJ Parcel 3, - $912,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544